# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

REYNALDO CRUZ-GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: '08 MJ 0855

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Reynaldo Cruz-Gonzalez

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

**Bringing in Illegal Aliens Without Presentation**

In violation of Title   8   United States Code, Section(s)   1324

LEO S. PAPAS
Name of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Deputy

MAR 18 2008   SAN DIEGO, CALIF.
Date and Location

Bail fixed at $  **To be set in Court**   by  The Honorable Leo S. Papas
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 444 Alta Rd San Diego California 92158  619-661-9119 |||
| DATE RECEIVED 3/19/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/19/2008 | Matthew M. Dover Border Patrol Agent | Matth M.A. |